# United States District Court
## Violation Notice

OR45

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7904330 | KEEDY, T. | F01010 |

7904330

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 10/7/2020 01:15 hrs
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 41CFR 102-74.390(b)

Place of Offense: ICE Facility, 4310 S. Macadam Portland, OR 97239

HAZMAT ☐

Offense Description: Factual Basis for Charge: Disturbance/blocking Entrances

### DEFENDANT INFORMATION

Last Name: Briones
First Name: Victoria
M.I.: L

Street Address: [redacted]

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. see INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. Courthouse 1000 SW 3rd, Portland OR 97204

Date (mm/dd/yyyy): _____
Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: In Custody

(Rev. 09/2015)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 10/7, 20 20 while exercising my duties as a law enforcement officer in the _____ District of Oregon

See attached PC statement

The foregoing statement is based upon:
☐ my personal observation     ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/7/2020      [signature] T. Keedy
Date (mm/dd/yyyy)           Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident